IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ERIC G. WILLIAMS, | ) | CV 12-00375 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES GOVERNMENT, | ) | |
| U.S. DEPARTMENT OF | ) | |
| JUSTICE; ERIC K. | ) | |
| SHINSEKI, SECRETARY OF | ) | |
| THE DEPARTMENT OF VETERAN | ) | |
| AFFAIRS, OFFICE OF THE | ) | |
| GENERAL COUNSEL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ORDER ADOPTING AS MODIFIED MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (DOC. 4)</u>
<u>AND</u>
<u>GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF 60
DAYS TO FILE AN AMENDED COMPLAINT AND PAY THE FILING
FEE (DOC. 5)</u>

On July 11, 2012, Magistrate Judge Chang issued a Findings and Recommendation (Doc. 4), which was served on all parties on July 12, 2012. The Findings and Recommendation recommends that the Complaint be dismissed with leave to amend, and that Plaintiff's Application for *in forma pauperus* status be denied. It further recommends that Plaintiff be granted until August 7, 2012 to file an amended complaint and pay the filing fee.

On July 31, 2012, the Plaintiff filed a Request that he be granted an extension of 60 days to file an amended complaint and pay the filing fee (Doc. 5). No other objections to the Findings and Recommendation have been filed by any party.

The Plaintiff's Request for an extension of 60 days (Doc. 5) is **GRANTED.**

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Complaint with Leave to Amend and to Deny Application to Proceed In Forma Pauperis" (Doc. 4) is adopted as the opinion and order of this Court, with the following modification:

The deadline for Plaintiff to file an amended complaint and pay the filing fee provided in the Findings and Recommendation is modified from August 7, 2012 to **October 9, 2012.**

IT IS SO ORDERED.

Dated: August 2, 2012, Honolulu, HI.

/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge